IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JERRY BLANEY, | ) | |
|     ID # 1519297, | ) | |
|         Plaintiff, | ) | |
| vs. | ) | No. 3:11-CV-0907-L-BH |
| | ) | |
| JUDGE A. JOE FISH, et al, | ) | |
|         Defendants. | ) | |

## RECOMMENDATION REGARDING REQUEST TO PROCEED
## IN FORMA PAUPERIS ON APPEAL

Pursuant to *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred.

Before the Court is *Plaintiff's Motion to Proceed In Forma Pauperis* on appeal, received June 16, 2011 (doc. 19).

(**X**)    The request for leave to proceed *in forma pauperis* on appeal should be DENIED because the Court should certify pursuant to 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith.

**If the Court denies the request to proceed *in forma pauperis* on appeal, Plaintiff may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).** *See* **Fed. R. App. P. 24(a)(5).**

**SIGNED this 13th day of July, 2011.**

*[signature]*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE