IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JERRY BLANEY, ID # 1519297**, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:11-CV-907-L** |
| | § | |
| **JUDGE A. JOE FISH, et al.**, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the court is Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* on Appeal, filed June 16, 2011. United States Magistrate Judge Irma Carrillo Ramirez filed her Recommendation Regarding Request to Proceed *In Forma Pauperis* on Appeal on July 13, 2011. Plaintiff filed objections on July 28, 2011.

Magistrate Judge Ramirez recommends that the court deny Plaintiff's motion and certify, pursuant to 28 U.S.C. § 1915(a)(3), that the appeal is not taken in good faith. Plaintiff objects to the magistrate judge's recommendation due to her "vicious corruption," her "bias and prejudice," and her "legal favor to protect felony criminal John Ovard from prosecution." Pl.'s Obj. 1. The court believes that the nature of Plaintiff's objections speaks for itself, and Plaintiff's accusations are unwarranted and wholly unsupported by the record.

Plaintiff has a demonstrated a history of being a vexatious litigant, and he has routinely accused every judge who has disagreed with his position of being corrupt and biased. The court anticipates that Plaintiff will characterize this court the same way on appeal to the Fifth Circuit. Because the court believes that Plaintiff's appeal of this case – which the court dismissed on May 31, 2011, for Plaintiff's failure to pay the required filing fee – will be vexatious and taken in bad

faith, the court **denies** Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* on Appeal. The court accordingly **accepts** the recommendation of the magistrate judge and **certifies** that Plaintiff's appeal is not taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

**It is so ordered** this 15th day of August, 2011.

                                      Sam A. Lindsay
                                      United States District Judge